

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 16, 2016

**BY ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *N.Y. Legal Assistance Grp. v. U.S. Dep't of Educ.*, 15-cv-3818 (LGS)

Dear Judge Schofield:

     Defendant United States Department of Education ("DOE") submits this status letter on behalf of itself and plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Court's January 20, 2016 order (Docket No. 24).

     Since the parties' last status update on January 19, 2016, DOE has continued to review the subset of 1,486 e-mails extracted from the 83,868 e-mails resulting from its search of certain custodians' e-mails using terms agreed upon by the parties. DOE expects to complete its production of any e-mails responsive to NYLAG's FOIA Request from this subset and/or a corresponding *Vaughn* index identifying DOE's withholdings by the end of this month.

     With respect to the remaining e-mails, the parties have agreed in principle, at this juncture, to narrow the e-mails to be reviewed to those sent to certain third parties to whom DOE may have provided certain of the information NYLAG is seeking through the FOIA Request. Once the parties agree on a specific list of third parties, and once DOE extracts the e-mails sent to those third parties, DOE will provide NYLAG with (1) the total number of e-mails to be reviewed and (2) an estimate of the amount of time DOE will need to complete its review and production of any responsive e-mails and/or a corresponding *Vaughn* index identifying DOE's withholdings. DOE expects to provide NYLAG with that estimate by March 18, 2016.

Hon. Lorna G. Schofield                                                                                               page 2
February 16, 2016

Based on the foregoing, the parties request until March 22, 2016 to submit a further status update to the Court.

Thank you for your attention to this matter.

                                  Respectfully,

                                  PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

By:    /s/ Christine S. Poscablo
        CHRISTINE S. POSCABLO
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2674
        Fax: (212) 637-2702
        Email: christine.poscablo@usdoj.gov

cc:    Jason Glick, Esq.