

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

*86 Chambers Street*
*New York, New York 10007*

March 22, 2016

**BY ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *N.Y. Legal Assistance Grp. v. U.S. Dep't of Educ.*, 15-cv-3818 (LGS)

Dear Judge Schofield:

   Defendant United States Department of Education ("DOE") submits this status letter on behalf of itself and plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Court's March 1, 2016 order (Docket No. 26).

   Since the parties' last status update on February 16, 2016, DOE has completed its review of the subset of 1,486 e-mails extracted from the 83,868 e-mails resulting from its search of certain custodians' e-mails using terms agreed upon by the parties. DOE has produced 475 pages of documents with redactions from this subset to NYLAG and will produce a corresponding *Vaughn* index by the end of this week. DOE expects to complete its production of the remaining responsive documents from this subset by the end of this week and will produce a corresponding *Vaughn* index within 30 days of the production.

   With respect to the remaining e-mails, in an effort to narrow the e-mails to be reviewed, DOE extracted another subset by limiting the e-mails to those sent to certain third parties agreed upon by DOE and NYLAG. DOE informed NYLAG that this subset consists of nearly 15,000 e-mails and DOE would need at least six months to complete its review and production of any responsive e-mails and/or a corresponding *Vaughn* index identifying DOE's withholdings. Accordingly, the parties are conferring regarding ways to further narrow this subset of e-mails for review and/or for DOE to provide NYLAG with a representative sample of e-mails from this subset and a corresponding *Vaughn* index so that the parties may determine whether there are any issues in dispute regarding DOE's withholdings before DOE continues its review of this subset. The parties will continue to confer over the next several days and expect to move forward with a plan for further narrowing or sampling this subset over the next several weeks.

Hon. Lorna G. Schofield                                                                                          page 2
March 22, 2016


Based on the foregoing, the parties request until April 22, 2016 to submit a further status update to the Court.


Thank you for your attention to this matter.


                                        Respectfully,

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York

                        By:    /s/ Christine S. Poscablo
                               CHRISTINE S. POSCABLO
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Tel.: (212) 637-2674
                               Fax: (212) 637-2702
                               Email: christine.poscablo@usdoj.gov

cc:    Jason Glick, Esq.