April 21, 2016

<u>Via ECF</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *N.Y. Legal Assistance Grp. v. U.S. Dep't of Educ.*, 15-cv-3818 (LGS)

Dear Judge Schofield:

    Plaintiff New York Legal Assistance Group ("NYLAG") submits this status letter on behalf of itself and defendant United States Department of Education ("DOE") pursuant to the Court's March 22, 2016 order (Docket No. 28).

    Since the parties' last status update on March 22, 2016, DOE has produced 193 pages of documents (most with redactions) to NYLAG and will produce a corresponding *Vaughn* index by tomorrow. DOE has also produced a *Vaughn* index corresponding to the redactions in DOE's February 25, 2016 document production.

    The parties have also begun to confer regarding the propriety of DOE's redactions of the documents produced to date, and we will continue to confer in the coming weeks in an effort to narrow the scope of issues for possible adjudication. We expect to be in a better position by June 1 to report whether there are any issues regarding redactions about which we will seek the Court's assistance.

    The parties have also agreed on a plan to limit — at this juncture, pending resolution of the scope of redactions — DOE's production of remaining responsive documents, to a small subset of the 82,382 e-mails identified as the result of DOE's search of certain custodians' e-mails using terms agreed upon by the parties. DOE expects to complete its production of approximately 500 responsive documents from this sample by the end of May and will produce a corresponding *Vaughn* index within 30 days of the production.

    Based on the foregoing, the parties request until June 1, 2016 to submit a further status update to the Court.

Hon. Lorna G. Schofield
Apr. 21, 2016

Thank you for your attention to this matter.

    Respectfully submitted,

    BETH E. GOLDMAN
    NEW YORK LEGAL ASSISTANCE GROUP

By: _____

    Jason Glick, Of Counsel
    7 Hanover Square, 18th Floor
    New York, NY 10004
    Tel.: (212) 613-5000 ext. 5429
    jglick@nylag.org