

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 1, 2016

**BY ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *N.Y. Legal Assistance Grp. v. U.S. Dep't of Educ.*, 15-cv-3818 (LGS)

Dear Judge Schofield:

      Defendant United States Department of Education ("DOE") respectfully submits this status letter on behalf of DOE and plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Court's April 22, 2016 order (Docket No. 36).

      Since the parties' last status update on April 21, 2016, DOE has completed its review of e-mails from the sample period agreed upon by the parties and has produced to NYLAG redacted versions of all of the e-mails from that period responsive to NYLAG's FOIA request. DOE will provide NYLAG with a corresponding *Vaughn* index by June 24, 2016. Upon review of the *Vaughn* index, NYLAG will identify any withholdings to which it objects.

      Additionally, on May 26, 2016, NYLAG provided DOE with a letter detailing its objections to DOE's application of certain FOIA exemptions in many of the documents DOE previously produced. DOE is in the process of reviewing NYLAG's letter and re-reviewing the documents NYLAG cites. DOE will then respond to NYLAG's letter, and the parties will confer in effort to resolve or narrow the issues in dispute.

Hon. Lorna G. Schofield page 2
June 1, 2016

      To allow the parties adequate time to confer regarding the bases for DOE's withholdings, including those in the documents from the sample period, and to attempt to resolve or narrow NYLAG's objections thereto, the parties respectfully request until July 18, 2016 to submit a further status update to the Court.

      Thank you for your attention to this matter.

                                       Respectfully,

                                       PREET BHARARA
                                       United States Attorney for the
                                       Southern District of New York

By:   /s/ Christine S. Poscablo
       CHRISTINE S. POSCABLO
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Tel.: (212) 637-2674
       Fax: (212) 637-2702
       Email: christine.poscablo@usdoj.gov

cc:    Jason Glick, Esq.
       Jane Greengold Stevens, Esq.
       Thalia Julme, Esq.