![NYLAG - New York Legal Assistance Group logo]

July 18, 2016

<u>Via ECF</u>

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *N.Y. Legal Assistance Grp. v. U.S. Dep't of Educ.*, 15-cv-3818 (LGS)

Dear Judge Schofield:

      Plaintiff New York Legal Assistance Group ("NYLAG") submits this status letter on behalf of itself and defendant United States Department of Education ("DOE") pursuant to the Court's June 1, 2016 order (Docket No. 32).

      In the document productions to date, DOE has regularly redacted portions of documents, in reliance on certain FOIA exemptions. Those redactions raise a handful of recurring issues that remain the subject of dispute among the parties following a meet and confer process.

      As we noted in our April 21 status update, in an effort to focus on the core disputed issues, and pursuant to the parties' agreement, DOE has postponed review and production of further potentially responsive documents, pending the parties' attempts to resolve their disputes about the propriety of DOE's redactions to date. As also previously noted (in the parties' June 1 status update), on May 26 NYLAG provided DOE with a letter detailing its objections to DOE's redactions. DOE is still reviewing NYLAG's letter and re-reviewing the documents and authorities NYLAG has cited. By July 29, DOE will determine which previously withheld documents (or portions of documents) DOE will produce to NYLAG. DOE expects to release at least some previously withheld records (or portions thereof), but will continue to withhold other records that NYLAG contends are subject to disclosure.

      Accordingly, we respectfully request that the Court set a pre-motion conference in connection with the parties' anticipated cross-motions for partial summary judgment on the propriety of DOE's redactions. To permit the parties time to submit the pre-motion letters contemplated by the Court's Individual Rules, the parties respectfully request that the conference be scheduled on or after September 6, 2016, on a date convenient to the Court. Although the parties anticipate making cross motions for summary judgment, we propose that DOE file a single pre-motion letter no later than ten business days before the conference, with a single responsive letter by NYLAG no later than seven business days after the receipt of DOE's letter.

Hon. Lorna G. Schofield
July 18, 2016


Thank you for your attention to this matter.

Respectfully submitted,


Jason Glick, Of Counsel
New York Legal Assistance Group
7 Hanover Square, 18th Floor
New York, NY 10004
Tel.: (212) 613-5000 ext. 5429
jglick@nylag.org


cc: counsel of record (via ECF)