

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 2, 2017

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:  *N.Y. Legal Assistance Group v. U.S. Dep't of Educ.*
            Docket No. 15 Civ. 3818 (LGS)

Dear Judge Schofield:

      We write respectfully on behalf of defendant United States Department of Education and plaintiff New York Legal Assistance Group ("NYLAG") pursuant to the Court's order dated September 12, 2017 (ECF No. 75), to provide the Court with a status update regarding the parties' efforts to resolve this matter.  The parties have reached an agreement in principle resolving the remaining issues in this case, except for NYLAG's anticipated request for fees and costs in connection with this matter.  In the interests of judicial economy, the parties respectfully request sixty (60) days (until December 1, 2017) to (1) prepare and submit to the Court a proposed stipulation and order resolving the remaining claims in this case, and (2) meet and confer in an effort to resolve any dispute regarding fees and costs and submit to the Court either a proposed stipulation and order regarding fees and costs, or a proposed briefing schedule on a motion for fees and costs.  The parties also respectfully request an adjournment of the conference scheduled for October 12, 2017, to a date after December 1, 2017, should the Court determine such a conference is necessary.

      Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    JOON H. KIM
                                  Acting United States Attorney for the
                                  Southern District of New York

                   By:  /s/ Christine S. Poscablo
                        CHRISTINE S. POSCABLO
                        Assistant United States Attorney
                        Tel.: (212) 637-2674
                        Email: christine.poscablo@usdoj.gov

                        *Counsel for Defendant*

cc: Jane Greengold Stevens, Esq.
    Danielle Tarantolo, Esq.
    Thalia Julme, Esq.

*Counsel for Plaintiff*